AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Acer Laptop Computer (serial no.
External Hard Drive
Memory Cards

## SEARCH WARRANT
CASE NUMBER: **0 6 - 4 5 8 - M - 0 1**

TO: ___RICHARD ESPINOSA___    and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Richard Espinosa__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**Acer Laptop Computer (serial no**.        **External Hard Drive; and Memory Cards**

As morefully described in Affidavit.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___November 3, 2006___
                                                                (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

___OCT 25 2006___ @ _9:40 am_    at Washington, D.C.
Date and Time Issued

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer        Signature of Judicial Officer

*UNITED STATES MAGISTRATE JUDGE*
*U.S. DISTRICT COURT BUILDING*

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/25/06 | 10/25/06 | |

INVENTORY MADE IN THE PRESENCE OF  Steve Kopeck USSS.

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1 Laptop Computer
9 memory sticks
1 Thumb drive
1 Disposible Camera
1 memory Stick Adaptor
1 Credit Card Scanner
3 Sell phones
1 Extrunal Hard drive
31 plastic cards with magnetic strips

**FILED**

DEC 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_John M. Facula_
U.S. Judge or U.S. Magistrate Judge

12/05/06
Date